# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION
### 1:10cv113

| | | |
|---|---|---|
| **DANNY RAY BRIDGES,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **Vs.** | ) | **ORDER** |
| | ) | |
| **ALVIN W. KELLER, JR., et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| _____ | ) | |

**THIS MATTER** is before the court on the court's own motion for recusal. Review of the parties reveals a potential conflict based on past representation; thus, the undersigned must respectfully recuse from further participation in this matter.

## ORDER

**IT IS, THEREFORE, ORDERED** that the undersigned recuses himself from further participation in this matter and instructed the Clerk of this court to assign the referral to another magistrate judge.


Signed: August 3, 2010


Dennis L. Howell
United States Magistrate Judge