IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

NO. 1:10-CV-00113-MR-DSC

| | |
|---|---|
| DANNY RAY BRIDGES, )<br><br>Plaintiff, )<br><br>v. )<br><br>ALVIN W. KELLER JR., *et al.* )<br><br>Defendants. ) | **ORDER** |

This matter comes before the Court on Plaintiff's UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE IN OPPOSITION TO MOTION TO DISMISS OF DEFENDANTS HAGGARD, KELLER AND SMITH.

The Court, having considered the Motion, is of the opinion that it is meritorious and should be granted. It is, therefore,

ORDERED that the time for Plaintiff to file his response to the Motion to Dismiss for Failure to State a Claim of Defendants Haggard, Keller and Smith (Doc. 68) is extended through and including Wednesday, November 23, 2011.

SO ORDERED.                          Signed: November 8, 2011

David S. Cayer
United States Magistrate Judge