# United States District Court
## For The Western District of North Carolina
## Asheville Division

Danny Ray Bridges ,

               Plaintiff(s),                          JUDGMENT IN A CIVIL CASE

vs.                                        1:10-cv-00113

Alvin W. Keller, Jr. et al,

               Defendant(s).

DECISION BY COURT.  This action having come before the Court by and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 8/7/12 Memorandum of Decision and Order.

                               Signed: August 7, 2012

                               Frank G. Johns, Clerk
                               United States District Court